UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:10-CV-62344-MGC

OSCAR BAEZ, as Personal Representative
of the Estate of MARTHA BAEZ, Deceased,

    Plaintiff,

v.

WAL-MART STORES EAST, LP, a
Foreign Business Entity,

    Defendants.
_____/

# VERDICT

**Do you find from a preponderance of the evidence:**

1. That WAL-MART STORES EAST, LP was negligent in the manner claimed by the Plaintiff and that such negligence was a legal cause of damage to the Plaintiff?

    Answer Yes or (No) _____

[Note: If you answered No to Question No. 1 you need not answer the remaining questions, and you should proceed no further except to sign and date the verdict form and return it to the courtroom. If you answered Yes to Question No. 1, you should answer all of the remaining questions.]

1

2. That MARTHA BAEZ also was negligent in the manner claimed by the Defendant and that such negligence was a legal cause of the Plaintiff's own damage?

   Answer Yes or No: _____

3. That OSCAR BAEZ also was negligent in the manner claimed by the Defendant and that such negligence was a legal cause of the Plaintiff's own damage?

   Answer Yes or No: _____

4. That BRIDGESTONE CORPORATION also was negligent in the manner claimed by the Defendant and that such negligence was a legal cause of the Plaintiff's damage?

   Answer Yes or No: _____

5. That FORD MOTOR COMPANY also was negligent in the manner claimed by the Defendant and that such negligence was a legal cause of the Plaintiff's damage?

   Answer Yes or No: _____

2

6. If you answered "Yes" to Question Two, Three, Four or Five, what proportion or percentage of the Plaintiff's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

Answer in Terms of Percentages

WAL-MART STORES EAST, LP          _____%

MARTHA BAEZ                       _____%

OSCAR BAEZ                        _____%

BRIDGESTONE CORPORATION           _____%

FORD MOTOR COMPANY                _____%

(Note: The total of the percentages given in your answer should equal 100%.)

7. If you answered "Yes" to Question One, what sum of money do you find from a preponderance of the evidence to be the total amount of the Plaintiff's damages (without adjustment by application of any percentages you may have given in answer to Question Six)?

    (a) Loss of parental companionship, and mental pain and suffering of OSCAR BAEZ to the date of trial?    $ _____

    (b) Loss of parental companionship, and mental pain and suffering of OSCAR BAEZ in the future [reduced to present value]?    $ _____

    (c) Loss of parental companionship, and mental pain and suffering of ESMERALDA BAEZ to the date of trial?    $ _____

    (d) Loss of parental companionship, and mental pain and suffering of ESMERALDA BAEZ in the future [reduced to present value]?    $ _____

    (e) Loss of parental companionship, and mental pain and suffering of MAGEGCE BAEZ to the date of trial?    $ _____

5

    (f) Loss of parental companionship, and mental
pain and suffering of MAGEGCE BAEZ in
the future [reduced to present value]?        $ _____

SO SAY WE ALL:

_____
                Foreperson

DATED: 05-31-2012